AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Possession With Intent To Distribute Methamphetamine

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:   SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**FILED**
APR 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**

▶ MELISSA ANNE LONG

DISTRICT COURT NUMBER

**CR08-0278 DLJ**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C. MANN, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET FOR MELISSA ANNE LONG

**Count 1**: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) - Possession With Intent To Distribute A Schedule II Controlled Substance (Methamphetamine).

*If 851 Information alleging prior felony narcotics conviction filed*:

    (1)    Imprisonment:    Maximum Life Imprisonment
                                      Mandatory Minimum 10 Years Imprisonment
    (2)    Fine:    Maximum $4,000,000
    (3)    Supervised Release:    Maximum Lifetime
                                      Mandatory Minimum 8-Year Term
    (4)    Special Assessment:    $100.00

*If 851 Information alleging prior felony narcotics conviction not filed*:

    (1)    Imprisonment:    Maximum 40 Years Imprisonment
                                      Mandatory Minimum 5 Years Imprisonment
    (2)    Fine:    Maximum $2,000,000
    (3)    Supervised Release:    Maximum Lifetime
                                      Mandatory Minimum 4-Year Term.
    (4)    Special Assessment:    $100.00

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND



CR08-0278  **DLJ**

FILED
APR 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

V.

MELISSA ANNE LONG,

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Possession With
Intent To Distribute Methamphetamine

---

A true bill.

_____ Foreman

Filed in open court this __30TH__ day of
__APRIL 2008__.

_____ Clerk

Bail $ _No bail arrest warrant_
4/30/08

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          OAKLAND DIVISION
11
12  UNITED STATES OF AMERICA,        )   No. CR 08-0278 DLJ
                                     )
13       Plaintiff,                  )   VIOLATION: 21 U.S.C. §§ 841(a)(1) and
                                     )   841(b)(1)(B)(viii) – Possession With Intent
14       v.                          )   To Distribute Methamphetamine
                                     )
15  MELISSA ANNE LONG,               )
                                     )   OAKLAND VENUE
16       Defendant.                  )
                                     )
17                                   )
                                     )
18

19                              INDICTMENT

20  The Grand Jury charges:

21  COUNT ONE:    (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii) – Possession With Intent
                  To Distribute Methamphetamine)
22

23  On or about March 14, 2008, in the Northern District of California, the defendant,

24                              MELISSA ANNE LONG,

25  knowingly and intentionally possessed with intent to distribute a Schedule II controlled

26  substance, namely, a mixture and substance containing approximately 38.2 grams of actual

27  ////

28  ////

INDICTMENT

1  methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and
2  841(b)(1)(B)(viii).
3
4  DATED:     April 30, 2008                    A TRUE BILL
5
6                                               _____
                                                FOREPERSON
7  JOSEPH P. RUSSONIELLO
   United States Attorney
8
9
10  _____
    W. DOUGLAS SPRAGUE
11  Chief, Oakland Branch
12  (Approved as to form: _____ )
                            AUSA J.C. MANN
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT