1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone: (510) 637-3705
7      Facsimile: (510) 637-3724
       E-Mail:    James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   NO. CR 08-0278 DLJ
                                    )
14         Plaintiff,                )   SEALING APPLICATION AND
                                    )   SEALING ORDER
15 vs.                               )
                                    )
16 MELISSA ANNE LONG,                )
                                    )
17         Defendant.                )
                                    )
18                                   )
                                    )
19 _____ )

20      The United States requests that the Indictment, Penalty Sheet, and Arrest Warrant in the

21 above-captioned case filed with the Court on April 30, 2008, be filed under seal until further

22 order of the Court (except that the Clerk's office may provide a copy of the Arrest Warrant to the

23 United States Attorney's Office or the Federal Bureau of Investigation). The reason for this

24 request is to facilitate the arrest of the defendant. Revealing the Indictment may compromise the

25 arrest of the defendant.

26 ////

27 ////

28 ////

SEALING APPLICATION AND ORDER

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: April 30, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

JAMES C. MANN
Assistant United States Attorney

## ORDER

On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed with the Court on April 30, 2008, shall be filed under seal until further order of the Court (except that the Clerk's office may provide a copy of the Arrest Warrant to the United States Attorney's Office or the Federal Bureau of Investigation).

IT IS SO ORDERED.

DATED: 4-30-08

HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER      -2-