| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 11 Mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy L. Garcia | REPORTER/FTR<br>FTR: 5/1/08 10:06:36-10:17:32 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>5/1/08 | NEW CASE ☐ | CASE NUMBER<br>CR-08-00278-DLJ |

### APPEARANCES

| DEFENDANT<br>MELISSA ANNE LONG | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Angela Hansen (Spec. Appear.) | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>James Mann | | INTERPRETER<br>None | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Victoria Gibson | | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | ☐ PARTIAL PAYMENT OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>11 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS 5/1/08 | ☒ ADVISED OF CHARGES 5/1/08 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED**
**MAY 1 - 2008**

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>5/2/08 | ☒ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☒ ~~PRELIMINARY HEARING OR~~ ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☒ SET DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 BET. NOW & 5/2/08 FOR CONTINUITY OF COUNSEL | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The govt's atty. moved to unseal the Indictment - motion GRANTED. INDICTMENT ORDERED UNSEALED.
The govt's atty. informed the Court & AFPD A. Hansen that the Fed. Public Defender's Office has a conflict in representing the deft. in this case. The deft. will be referred to CJA Panel Counsel for representation. The deft. was given a fin. affidavit form by the Clerk.

cc: WDB's Stats, Frances

DOCUMENT NUMBER: