UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  5/23/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                                       **No.** CR-08-00278-DLJ

**Defendant:** Melissa Anne Long [not present; out of custody]


**Appearances for AUSA:** Garth Hire (for James Mann)


**Appearances for Defendant:** James Phillip Vaughns


**Interpreter:**

**Probation Officer:**


| **Reason for Hearing:** | **Ruling:** |
| STATUS | -HELD with counsel - Def not present. |
| Change of Plea- Not Held | |

**Notes:**  Defendant not present. Def attorney said def had not been told of today's hearing date. Issue Bench Warrant for Non- Appearance and HOLD until 6/20/08 date.

**Case Continued to**   6/20/08 at 11:00AM     for  Change of Plea

**Case Continued to:**           for
**Case Continued to:**           for
**Motions to be filed by:**      Opposition Due:

**Case Continued to**                       for Pretrial Conference

**Case Continued to**          for             Trial


**Excludable Delay: Category: Begins:**    5/23/08        **Ends:** 6/20/08