UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  6/20/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

**v.**                                                                    **No.** CR-08-00278-DLJ

**Defendant:** Melissa Anne Long [present; not in custody]

**Appearances for AUSA:** Garth Hire for James Mann

**Appearances for Defendant:** James Phillip Vaughns

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**                    **Ruling:**
STATUS                                              -HELD
Change of Plea - Not Held

**Notes:**  Def appeared today 6/20; Bench Warrant Withdrawn.

**Case Continued to**     7/25/08 at 9:00AM             for  STATUS

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                             for Pretrial Conference

**Case Continued to**            for              Trial

**Excludable Delay: Category: Begins:**  6/20/08           **Ends:** 7/25/08