UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  July 25, 2008

**Clerk:** Frances Stone
**Court Reporter:** MARGO GURULE

**Plaintiff:**  United States

**v.**                                                                                   **No.** CR-08-00278-DLJ

**Defendant:** Melissa Anne Long [present; not in custody]

**Appearances for AUSA:** James Mann

**Appearances for Defendant:** James Phillip Vaughns

**Interpreter:**

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
| --- | --- |
| STATUS | -HELD |

**Notes:**

**Case Continued to**  8/29/08 AT 9:00AM   for  STATUS OR CHANGE OF PLEA

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                  for Pretrial Conference

**Case Continued to**        for            Trial

**Excludable Delay: Category: Begins:  7/25/08    Ends: 8/29/08**