PROPOSED ORDER/COVER SHEET

# FILED

AUG – 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**TO:**    Honorable Wayne D. Brazil
U.S. Magistrate Judge

**RE:**    LONG, MELISSA ANNE

**FROM:**    Richard W. Wieking, Acting Chief
U.S. Pretrial Services Officer

**DOCKET NO.:**    CR08-0278 DLJ

**DATE:**    August 1, 2008

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Hence Williams | 510 637 3755 |
|---|---|
| **U.S. PRETRIAL SERVICES OFFICER** | **TELEPHONE NUMBER** |

**RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____ .

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____    _____
JUDICIAL OFFICER                                                        DATE    8–4–08

Cover Sheet (12/03/02)

cc: WDB's Stats, Frances, Pretrial