**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
**Date:  8/29/08**

**Clerk: Frances Stone**
**Court Reporter: RAYNEE MERCADO**

**Plaintiff:**  United States

**v.**                                                   **No.** CR-08-00278-DLJ

**Defendant:** Melissa Anne Long [present; not in custody]

**Appearances for AUSA:** James Mann

**Appearances for Defendant:** Phil Vaughns

**Interpreter:**

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
|---|---|
| STATUS | -HELD |
| Change of Plea- Not held | |

**Notes:**

**Case Continued to   11/7/08 at 11:00AM  for  Defendant's Motion**

**Def Motions to be filed by: 9/26/08        Gov Response/ Opposition Due:1010/08; Reply 10/17/08**

**Case Continued to                             for Pretrial Conference**
**Case Continued to           for           Trial**

**Excludable Delay: Category: Begins:           Ends:**