```
JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California  94611
Telephone: 510-583-9622
Facsimile: 510-886-7218
```

Attorney for Melissa Anne Long

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 08-0278 DLJ |
| ) | |
| Plaintiff, ) | **STIPULATION RE:** |
| ) | **RESCHEDULING SENTENCING** |
| vs. ) | **DATE** |
| ) | |
| MELISSA ANNE LONG, ) | |
| ) | |
| Defendant. ) | |

   MELISSA ANNE LONG, through her undersigned counsel, and the United States, through its counsel, James Mann, hereby agree as follows:

   Ms. Long requests, and the United States does not object to, a rescheduling of Ms. Long's sentencing from February 20, 2009, until April 3, 2009, at 11:00 a.m. Ms. Long was not able to be interviewed by U.S. Probation Officer Sara Rizor Black prior to the submission of the Presentence Report in this matter. The rescheduling of the sentencing will accommodate her being interviewed and the parties having a more complete understanding of the facts relevant to a

1  recommended sentence.

6  DATED: February 24, 2009                    /s/
7                                              _____
                                                JAMES PHILLIP VAUGHNS
                                                Counsel for Melissa Anne Long

11 DATED: February 24, 2009                    /s/
                                                _____
12                                              JAMES MANN
                                                Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 08-0278 DLJ |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER** |
| MELISSA ANNE LONG, ) | |
| Defendant. ) | |

The Court hereby ORDERS that the sentencing date of February 20, 2009 in this matter be vacated and reset to April 3, 2009, at 11:00 a.m.

DATED: March 11, 2009

_____
D. LOWELL JENSEN
United States District Judge

- 3 -